**Form RSC**

# United States Bankruptcy Court

### WESTERN DISTRICT OF PENNSYLVANIA

**RESCHEDULED MEETING NOTICE**
NOTICE COMMENCEMENT OF CASE UNDER CHAPTER 13
OF THE BANKRUPTCY CODE
MEETING OF CREDITORS, AND FIXING OF DATES

**Case No. 16−10665−TPA**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):

| | |
|---|---|
| Randall R. Roda | Anne M. Roda |
| PO Box 10593 | PO Box 10593 |
| Erie, PA 16514 | Erie, PA 16514 |

Social Security No.:
   xxx−xx−2805                              xxx−xx−8108

Employer's Tax I.D. No.:

| NAME/ADDRESS OF ATTORNEY FOR DEBTOR | NAME/ADDRESS OF TRUSTEE |
|---|---|
| Paul W. McElrath Jr. | Ronda J. Winnecour |
| McElrath Legal Holdings, LLC. | Suite 3250, USX Tower |
| 1641 Saw Mill Run Boulevard | 600 Grant Street |
| Pittsburgh, PA 15210 | Pittsburgh, PA 15219 |
| Telephone number: 412−765−3606 | Telephone number: 412−471−5566 |

| DATE/TIME/LOCATION OF MEETING OF CREDITORS | CONFIRMATION HEARING DATE/TIME/LOC |
|---|---|
| October 25, 2016 | October 25, 2016 |
| 02:00 PM | 02:00 PM |
| Bankruptcy Court Conference Room B110, U.S. Courthouse, 17 South Park Row, Erie, PA 16501 | Bankruptcy Court Conference Room B110, U.S. Courthouse, 17 South Park Row, Erie, PA 16501 |

**FAILURE OF THE DEBTOR(S) TO APPEAR AT THE MEETING OF CREDITORS WILL RESULT IN AN ORDER TO SHOW CAUSE WHY THE CASE SHOULD NOT BE DISMISSED.**

Dated: 9/28/16                                            BY THE COURT

                                                          Thomas P. Agresti
                                                          Judge

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                           Case No. 16-10665-TPA
Randall R. Roda                                                  Chapter 13
Anne M. Roda
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0315-1          User: gamr              Page 1 of 2                   Date Rcvd: Sep 28, 2016
                              Form ID: rsc            Total Noticed: 34
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 30, 2016.
```
db/jdb         +Randall R. Roda,    Anne M. Roda,    PO Box 10593,    Erie, PA 16514-0593
14258632       +Aspen,    Po Box 105555,    Atlanta, GA 30348-5555
14258633      ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court: Cap One,    Po Box 85520,    Richmond, VA 23285)
14258634       #+Cap One,    Po Box 5253,    Carol Stream, IL 60197-5253
14280146        Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
14258635       +Citimortgage,    5280 Corporate Dr Po Box 9442- Dept 025,    Gaithersburg, MD 20898-9442
14258636        Cnac/Oh105,    12195 Detroit Ave,    Lakewood, OH 44107
14258653      ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
               (address filed with court: Webbank/Dfs,    1 Dell Way,    Round Rock, TX 78682)
14258639       +ECMC,    PO Box 16408,    Saint Paul, MN 55116-0408
14258640        ECMC,    P.O. Box 75906,    Saint Paul, MN 55175
14274528      ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
               (address filed with court: Ford Motor Credit Company LLC,    P. O. Box 62180,
                 Colorado Springs, CO 80962)
14258641       +First Premier Bank,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
14258642       +Ford Credit,    Po Box 542000,    Omaha, NE 68154-8000
14272284       +Midland Mortgage,    999 NW Grand Blvd,    Oklahoma City, OK 73118-6051
14272283       +Midland Mortgage,    PO Box 26648,    Oklahoma City, OK 73126-0648
14258652       +Stephen H. Hutzelman, Esquire,    Shapira, Hutzelman, Berlin,,    Ely, Smith & Walsh,
                 305 West Sixth Street,    Erie, PA 16507-1244
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 29 2016 01:54:53      Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA 17128-0946
cr              E-mail/PDF: rmscedi@recoverycorp.com Sep 29 2016 01:49:27
                 Recovery Management Systems Corporation,    25 S.E. Second Avenue,    Suite 1120,
                 Miami, FL 33131-1605
14272292       +E-mail/Text: bankruptcy@jdbyrider.com Sep 29 2016 01:56:02      CNAC,    ATTN: BANKRUPTCY DEPT,
                 12802 HAMILTON CROSSING BLVD.,    CARMEL, IN 46032-5424
14258637       +E-mail/Text: bankruptcy@consumerportfolio.com Sep 29 2016 01:55:28
                 Consumer Portfolio Services,    P.O. Box 57071,    Irvine, CA 92619-7071
14258638       +E-mail/Text: creditonebknotifications@resurgent.com Sep 29 2016 01:54:08      Credit One Bank,
                 Po Box 98875,    Las Vegas, NV 89193-8875
14258643       +E-mail/PDF: gecsedi@recoverycorp.com Sep 29 2016 01:49:07      Gecrb/Select Comfort,
                 Po Box 981439,    El Paso, TX 79998-1439
14258644       +E-mail/Text: bankruptcy@gsfc.org Sep 29 2016 01:53:52      Georgia Student Financ,
                 2082 E Exchange Pl,    Tucker, GA 30084-5334
14272277        E-mail/Text: cio.bncmail@irs.gov Sep 29 2016 01:54:20      Internal Revenue Service,
                 Insolvency Unit,    POB 628,    Pittsburgh, PA 15230
14258645        E-mail/Text: JCAP_BNC_Notices@jcap.com Sep 29 2016 01:55:33      Jefferson Capital Systems LLC,
                 PO Box 7999,    Saint Cloud, MN 56302-9617
14258646       +E-mail/Text: ebnsterling@weltman.com Sep 29 2016 01:54:28      Kay Jewelers,    375 Ghent Rd,
                 Fairlawn, OH 44333-4600
14258647        E-mail/PDF: resurgentbknotifications@resurgent.com Sep 29 2016 01:51:18      LVNV Funding,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14258648       +E-mail/Text: bkr@cardworks.com Sep 29 2016 01:53:51      Merrick Bank,    Po Box 9201,
                 Old Bethpage, NY 11804-9001
14258649       +E-mail/Text: bankruptcydepartment@tsico.com Sep 29 2016 01:55:58      Nco Fin/09,
                 507 Prudential Rd,    Horsham, PA 19044-2308
14258650        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 29 2016 01:51:02
                 Portfolio Recovery,    Po Box 41067,    Norfolk, VA 23541
14258651       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 29 2016 01:51:03
                 Pra Receivables Management, LLC,    As Agent of Portfolio Recovery Assocs.,    P.O. Box 41067,
                 Norfolk, VA 23541-1067
14272288        E-mail/Text: bnc-quantum@quantum3group.com Sep 29 2016 01:54:33      Quantum3 Group LLC,
                 P.O. Box 788,    Kirkland, WA 98083-0788
14266140        E-mail/Text: bnc-quantum@quantum3group.com Sep 29 2016 01:54:33
                 Quantum3 Group LLC as agent for,    Sadino Funding LLC,    PO Box 788,
                 Kirkland, WA 98083-0788
14263547        E-mail/PDF: rmscedi@recoverycorp.com Sep 29 2016 01:51:10
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
                                                                                              TOTAL: 18

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              MIDFIRST BANK
```

```
District/off: 0315-1           User: gamr                  Page 2 of 2                  Date Rcvd: Sep 28, 2016
                               Form ID: rsc                Total Noticed: 34

14272263*      +Aspen,   Po Box 105555,    Atlanta, GA 30348-5555
14272264*     ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court: Cap One,    Po Box 85520,    Richmond, VA 23285)
14272265*      +Cap One,   Po Box 5253,    Carol Stream, IL 60197-5253
14272266*      +Citimortgage,   5280 Corporate Dr  Po Box 9442- Dept 025,    Gaithersburg, MD 20898-9442
14272267*       Cnac/Oh105,   12195 Detroit Ave,    Lakewood, OH 44107
14272268*      +Consumer Portfolio Services,    P.O. Box 57071,    Irvine, CA 92619-7071
14272269*      +Credit One Bank,   Po Box 98875,    Las Vegas, NV 89193-8875
14272290*     ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
               (address filed with court: Webbank/Dfs,    1 Dell Way,    Round Rock, TX 78682)
14272270*      +ECMC,   PO Box 16408,    Saint Paul, MN 55116-0408
14272271*       ECMC,   P.O. Box 75906,    Saint Paul, MN 55175
14272272*      +First Premier Bank,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
14272273*      +Ford Credit,   Po Box Box 542000,    Omaha, NE 68154-8000
14272274*      +Gecrb/Select Comfort,    Po Box 981439,    El Paso, TX 79998-1439
14272275*      +Georgia Student Financ,    2082 E Exchange Pl,    Tucker, GA 30084-5334
14272276*      +Internal Revenue Service,    Insolvency Unit,    POB 7346,    Philadelphia, PA 19101-7346
14272278*      +Internal Revenue Service,    William S. Moorehead Federal Building,    1000 Liberty Avenue,
                 Room 727,   Pittsburgh, PA 15222-4107
14272279*     ++JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,    SAINT CLOUD MN 56302-7999
               (address filed with court: Jefferson Capital Systems LLC,    PO Box 7999,
                 Saint Cloud, MN 56302-9617)
14272280*      +Kay Jewelers,   375 Ghent Rd,    Fairlawn, OH 44333-4600
14272281*       LVNV Funding,   Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14272282*      +Merrick Bank,   Po Box 9201,    Old Bethpage, NY 11804-9001
14272285*      +Nco Fin/09,   507 Prudential Rd,    Horsham, PA 19044-2308
14272286*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
               (address filed with court: Portfolio Recovery,    Po Box 41067,    Norfolk, VA 23541)
14272287*      +Pra Receivables Management, LLC,    As Agent of Portfolio Recovery Assocs.,    P.O. Box 41067,
                 Norfolk, VA 23541-1067
14272289*      +Stephen H. Hutzelman, Esquire,    Shapira, Hutzelman, Berlin,,    Ely, Smith & Walsh,
                 305 West Sixth Street,    Erie, PA 16507-1244
                                                                                              TOTALS: 1, * 24, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 30, 2016                             Signature:  /s/Joseph Speetjens

---

### CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 28, 2016 at the address(es) listed below:
              Joshua I. Goldman    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Paul W. McElrath, Jr.    on behalf of Joint Debtor Anne M. Roda ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Paul W. McElrath, Jr.    on behalf of Debtor Randall R. Roda ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 5
```