Form 213

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Randall R. Roda**
**Anne M. Roda**
    Debtor(s)

Bankruptcy Case No.: 16–10665–TPA
Related to Docket No. 43
Chapter: 13
Docket No.: 44 – 43
Concil. Conf.: October 24, 2017 at 02:00 PM

## ORDER

    **WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

    **IT IS HEREBY ORDERED** that, on or before **September 5, 2017,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

    1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

**OR**

    2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

    **IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

    On or before **September 20, 2017,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

    On **October 24, 2017** at **02:00 PM** a Conciliation Conference (on plan defaults or the *Amended Plan*) will occur with the Chapter 13 Trustee at Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, PA 16501.

    If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

    This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.

Dated: July 21, 2017

cm: All Creditors and Parties In Interest

Thomas P. Agresti, Judge
United States Bankruptcy Court

## INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

Ronda J. Winnecour, Trustee
P.O. Box 84051
Chicago, IL 60689−4002

```
                             United States Bankruptcy Court
                             Western District of Pennsylvania
In re:                                                             Case No. 16-10665-TPA
Randall R. Roda                                                    Chapter 13
Anne M. Roda
        Debtors                      CERTIFICATE OF NOTICE
District/off: 0315-1           User: jmar                   Page 1 of 3                  Date Rcvd: Jul 21, 2017
                               Form ID: 213                 Total Noticed: 37


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 23, 2017.
db/jdb         +Randall R. Roda,    Anne M. Roda,    PO Box 10593,    Erie, PA 16514-0593
14258632       +Aspen,    Po Box 105555,    Atlanta, GA 30348-5555
14258633      ++CAPITAL ONE,     PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court:   Cap One,    Po Box 85520,    Richmond, VA 23285)
14280146        Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
14258635       +Citimortgage,    5280 Corporate Dr Po Box 9442- Dept 025,    Gaithersburg, MD 20898-9442
14258636        Cnac/Oh105,    12195 Detroit Ave,    Lakewood, OH 44107
14310132      ++DELL FINANCIAL SERVICES,     P O BOX 81577,    AUSTIN TX 78708-1577
               (address filed with court:   Dell Financial Services, LLC,    Resurgent Capital Services,
                 PO Box 10390,    Greenville, SC 29603-0390)
14258639       +ECMC,    PO Box 16408,    Saint Paul, MN 55116-0408
14258640        ECMC,    P.O. Box 75906,    Saint Paul, MN 55175
14274528      ++FORD MOTOR CREDIT COMPANY,     P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
               (address filed with court:   Ford Motor Credit Company LLC,    P. O. Box 62180,
                 Colorado Springs, CO 80962)
14258641       +First Premier Bank,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
14258642       +Ford Credit,    Po Box Box 542000,    Omaha, NE 68154-8000
14258644       +Georgia Student Financ,    2082 E Exchange Pl,    Tucker, GA 30084-5334
14272284       +Midland Mortgage,    999 NW Grand Blvd,    Oklahoma City, OK 73118-6051
14272283       +Midland Mortgage,    PO Box 26648,    Oklahoma City, OK 73126-0648
14258652       +Stephen H. Hutzelman, Esquire,    Shapira, Hutzelman, Berlin,,    Ely, Smith & Walsh,
                 305 West Sixth Street,    Erie, PA 16507-1244

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 22 2017 01:17:42
                 PRA Receivables Management LLC,    POB 41067,    Norfolk, VA 23541-1067
cr              E-mail/PDF: rmscedi@recoverycorp.com Jul 22 2017 01:10:48
                 Recovery Management Systems Corporation,    25 S.E. Second Avenue,    Suite 1120,
                 Miami, FL  33131-1605
14272292       +E-mail/Text: bankruptcy@jdbyrider.com Jul 22 2017 01:14:50        CNAC,    ATTN: BANKRUPTCY DEPT,
                 12802 HAMILTON CROSSING BLVD.,    CARMEL, IN 46032-5424
14258637       +E-mail/Text: bankruptcy@consumerportfolio.com Jul 22 2017 01:14:22
                 Consumer Portfolio Services,    P.O. Box 57071,    Irvine, CA 92619-7071
14258638       +E-mail/PDF: creditonebknotifications@resurgent.com Jul 22 2017 01:11:01        Credit One Bank,
                 Po Box 98875,    Las Vegas, NV 89193-8875
14258643       +E-mail/PDF: gecsedi@recoverycorp.com Jul 22 2017 01:11:09        Gecrb/Select Comfort,
                 Po Box 981439,    El Paso, TX 79998-1439
14272277        E-mail/Text: cio.bncmail@irs.gov Jul 22 2017 01:13:42        Internal Revenue Service,
                 Insolvency Unit,    POB 628,    Pittsburgh, PA 15230
14258645        E-mail/Text: JCAP_BNC_Notices@jcap.com Jul 22 2017 01:14:24        Jefferson Capital Systems LLC,
                 PO Box 7999,    Saint Cloud, MN 56302-9617
14258646       +E-mail/Text: ebnsterling@weltman.com Jul 22 2017 01:13:48        Kay Jewelers,    375 Ghent Rd,
                 Fairlawn, OH 44333-4600
14258647        E-mail/PDF: resurgentbknotifications@resurgent.com Jul 22 2017 01:10:49        LVNV Funding,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14316485        E-mail/PDF: resurgentbknotifications@resurgent.com Jul 22 2017 01:10:49
                 LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14310238        E-mail/Text: bkr@cardworks.com Jul 22 2017 01:13:31        MERRICK BANK,
                 Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
14258648       +E-mail/Text: bkr@cardworks.com Jul 22 2017 01:13:31        Merrick Bank,    Po Box 9201,
                 Old Bethpage, NY 11804-9001
14258649       +E-mail/Text: bankruptcydepartment@tsico.com Jul 22 2017 01:14:42        Nco Fin/09,
                 507 Prudential Rd,    Horsham, PA 19044-2308
14258650        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 22 2017 01:30:41
                 Portfolio Recovery,    Po Box 41067,    Norfolk, VA 23541
14395889        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 22 2017 01:17:30
                 Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk, VA 23541
14258651       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 22 2017 01:17:31
                 Pra Receivables Management, LLC,    As Agent of Portfolio Recovery Assocs.,    P.O. Box 41067,
                 Norfolk, VA 23541-1067
14335454       +E-mail/Text: JCAP_BNC_Notices@jcap.com Jul 22 2017 01:14:25        Premier Bankcard, Llc,
                 c o Jefferson Capital Systems LLC,    Po Box 7999,    Saint Cloud Mn 56302-7999
14272288        E-mail/Text: bnc-quantum@quantum3group.com Jul 22 2017 01:13:52        Quantum3 Group LLC,
                 P.O. Box 788,    Kirkland, WA 98083-0788
14266140        E-mail/Text: bnc-quantum@quantum3group.com Jul 22 2017 01:13:53
                 Quantum3 Group LLC as agent for,    Sadino Funding LLC,    PO Box 788,
                 Kirkland, WA  98083-0788
14263547        E-mail/PDF: rmscedi@recoverycorp.com Jul 22 2017 01:11:12
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
                                                                                               TOTAL: 21
```

```
District/off: 0315-1          User: jmar                   Page 2 of 3                  Date Rcvd: Jul 21, 2017
                              Form ID: 213                 Total Noticed: 37


              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              MIDFIRST BANK
14272263*      +Aspen,    Po Box 105555,    Atlanta, GA 30348-5555
14272264*     ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court: Cap One,    Po Box 85520,    Richmond, VA 23285)
14303785*      +CONSUMER PORTFOLIO SERVICES, INC.,    P.O. BOX 57071,    IRVINE, CA. 92619-7071
14272265*      +Cap One,    Po Box 5253,    Carol Stream, IL 60197-5253
14272266*      +Citimortgage,    5280 Corporate Dr  Po Box 9442- Dept 025,    Gaithersburg, MD 20898-9442
14272267*       Cnac/Oh105,    12195 Detroit Ave.,    Lakewood, OH 44107
14272268*      +Consumer Portfolio Services,    P.O. Box 57071,    Irvine, CA 92619-7071
14272269*      +Credit One Bank,    Po Box 98875,    Las Vegas, NV 89193-8875
14258653*     ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
               (address filed with court: Webbank/Dfs,    1 Dell Way,    Round Rock, TX 78682)
14272290*     ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
               (address filed with court: Webbank/Dfs,    1 Dell Way,    Round Rock, TX 78682)
14272270*      +ECMC,    PO Box 16408,    Saint Paul, MN 55116-0408
14272271*       ECMC,    P.O. Box 75906,    Saint Paul, MN 55175
14272272*      +First Premier Bank,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
14272273*      +Ford Credit,    Po Box Box 542000,    Omaha, NE 68154-8000
14272274*      +Gecrb/Select Comfort,    Po Box 981439,    El Paso, TX 79998-1439
14272275*      +Georgia Student Financ,    2082 E Exchange Pl,    Tucker, GA 30084-5334
14272276*      +Internal Revenue Service,    Insolvency Unit,    POB 7346,    Philadelphia, PA 19101-7346
14272278*      +Internal Revenue Service,    William S. Moorehead Federal Building,    1000 Liberty Avenue,
                 Room 727,    Pittsburgh, PA 15222-4107
14272279*     ++JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,    SAINT CLOUD MN 56302-7999
               (address filed with court: Jefferson Capital Systems LLC,    PO Box 7999,
                 Saint Cloud, MN 56302-9617)
14272280*      +Kay Jewelers,    375 Ghent Rd,    Fairlawn, OH 44333-4600
14272281*       LVNV Funding,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14272282*      +Merrick Bank,    Po Box 9201,    Old Bethpage, NY 11804-9001
14272285*      +Nco Fin/09,    507 Prudential Rd,    Horsham, PA 19044-2308
14272286*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
               (address filed with court: Portfolio Recovery,    Po Box 41067,    Norfolk, VA 23541)
14272287*      +Pra Receivables Management, LLC,    As Agent of Portfolio Recovery Assocs.,    P.O. Box 41067,
                 Norfolk, VA 23541-1067
14272289*      +Stephen H. Hutzelman, Esquire,    Shapira, Hutzelman, Berlin,,    Ely, Smith & Walsh,
                 305 West Sixth Street,    Erie, PA 16507-1244
14258634      ##+Cap One,    Po Box 5253,    Carol Stream, IL 60197-5253
                                                                                               TOTALS: 1, * 26, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 23, 2017                                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 21, 2017 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com
              Joshua I. Goldman    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Paul W. McElrath, Jr.    on behalf of Joint Debtor Anne M. Roda ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Paul W. McElrath, Jr.    on behalf of Debtor Randall R. Roda ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
```

```
District/off: 0315-1          User: jmar              Page 3 of 3            Date Rcvd: Jul 21, 2017
                              Form ID: 213            Total Noticed: 37
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com

                                              TOTAL: 6