Case 16-10665-TPA    Doc 56    Filed 10/13/17    Entered 10/13/17 11:07:24    Desc Main
Document    Page 1 of 1

FILED
10/13/17 10:57 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No.:   16-10665-TPA |
| | : | |
| Randall R. Roda | : | Chapter:   13 |
| Anne M. Roda | : | |
| *Debtor(s).* | : | |
| | : | Date:   10/12/2017 |
| | : | Time:   10:30 |

## PROCEEDING MEMO

**_MATTER_:**  #51 MFRS by Midfirst Bank
    #54 Resp. by Debtors

**_APPEARANCES_:**
  Debtor:  Paul W. McElrath
  Trustee:  Richard Bedford
  Midfirst Bank:  James Warmbrodt (video)

**_NOTES_:**

Warmbrodt:  Payments were behind $4,500, some payment have now been made. Spoke to counsel, ask for continuance to see if payments made.

**_OUTCOME_:**  Upon consent of counsel, continued to Conciliation on 12/19/17 at 10:30am.  The 10/24/17 conciliation continued to 12/19/17 at 10:30am.
If not resolved, continued to hearing on 12/20/17 at 11am.

jlm