ALDRIDGE PITE, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858) 750-7600
Facsimile: (619) 590-1385

# UNITED STATES BANKRUPTCY COURT

## WESTERN DISTRICT OF PENNSYLVANIA - ERIE

| | |
|---|---|
| In re | Case No. 16-10665-TPA |
| ANNE M. RODA and RANDALL R. RODA, | Chapter 13 |
| Debtor(s). | **AMENDED PROOF OF SERVICE** |

I, Patrick D. Pacleb declare that:

I am employed by Aldridge Pite, LLP.  My business address is: 4375 Jutland Drive, Suite 200, P.O. Box 17933, San Diego, CA 92177-0933.   I am over the age of eighteen years and not a party to this case.

This Amended Proof of Service amends the Proof of Service filed on November 9, 2017. I recently became aware that the Notice of Mortgage Payment Change was not mailed via United States Mail on November 9, 2017. Accordingly, this Amended Proof of Service is being filed to reflect the accurate dates of service of the Notice of Mortgage Payment Change via United States Mail.

On December 4, 2017, I caused the Notice of Mortgage Payment to be served in said case through United States Mail from San Diego, California, addressed as follows:

Randall R. Roda
Anne M. Roda
POB 10593
Erie, PA 16514

On November 9, 2017, I caused the Notice of Mortgage Payment to be served in said

- 1 -

AMENDED PROOF OF SERVICE

case by electronic means through the court's CM/ECF system on the following parties:

**DEBTOR(S) ATTORNEY**
**(VIA ELECTRONIC NOTICE)**

Paul W. McElrath, Jr.
McElrath Legal Holdings, LLC.
1641 Saw Mill Run Boulevard
Pittsburgh, PA 15210
ecf@mcelrathlaw.com

**CHAPTER 13 TRUSTEE**
**(VIA ELECTRONIC NOTICE)**

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
 cmecf@chapter13trusteewdpa.com

**U.S TRUSTEE**
**(VIA ELECTRONIC NOTICE)**

Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222
ustpregion03.pi.ecf@usdoj.gov

I declare under penalty of perjury that the foregoing is true.


/s/Patrick D. Pacleb
PATRICK D. PACLEB

AMENDED PROOF OF SERVICE