Case 16-10665-TPA    Doc 70    Filed 05/14/18    Entered 05/14/18 15:20:56    Desc Main
Document    Page 1 of 1

FILED
5/14/18 3:03 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

### Conciliation Conference:

Debtor: Randall R. and Anne M. Roda
Case Number: 16-10665    Chapter: 13
Date / Time / Room: May 8, 2018 at 11:30 a.m., Bankruptcy Courtroom
Hearing Officer: CHAPTER 13 TRUSTEE

### Matter:
#43 - Cont. Trustee's Certificate of Default to Dismiss
#51 - Cont. MFRS

### Appearances:

Debtor:    Fretz
Trustee:   Winnecour / Katz (Pail)
Creditor:

*No pmt since 1/18*

### Proceedings:

Recommended Outcome:

*The Trustee requests dismissal without prejudice, and debtor(s)' counsel has no objection to dismissal.*

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. ✓ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. ✓ Other: *Order recommended*

### For Judge Agresti cases:
Student Loan Debt: If the pro rata or timing of the proposed plan payment on student loan debt differs in any respect to that of the unsecured debt in the case, describe such differences and reasons for disparate treatment:_____