**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

    RANDALL R. RODA
    ANNE M. RODA
        Debtor(s)

Case No.:16-10665 TPA

    Ronda J. Winnecour
        Movant
        vs.
    No Repondents.

Document No.:

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

    1. The case was filed on 07/13/2016 and confirmed on 10/25/2016 . The case was subsequently
(B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 15,707.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 15,707.00 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 2,821.45 | |
|   Trustee Fee | 679.88 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 3,501.33 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   MIDFIRST BANK SSB* | 0.00 | 8,597.46 | 0.00 | 8,597.46 |
|     Acct: 8657 | | | | |
|   MIDFIRST BANK SSB* | 10,061.37 | 0.00 | 0.00 | 0.00 |
|     Acct: 8657 | | | | |
|   QUANTUM3 GROUP LLC AGNT - SADINO F | 179.51 | 0.00 | 0.00 | 0.00 |
|     Acct: 6497 | | | | |
|   BYRIDER FINANCE D/B/A CNAC | 366.29 | 366.29 | 162.87 | 529.16 |
|     Acct: 1945 | | | | |
|   PRA RECEIVABLES MANAGEMENT LLC - A | 13,197.63 | 2,043.84 | 1,035.21 | 3,079.05 |
|     Acct: 3408 | | | | |
| | | | | 12,205.67 |
| **Priority** | | | | |
|   PAUL W MCELRATH JR ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   RANDALL R. RODA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MCELRATH LEGAL HOLDINGS LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Priority** | | | | |
| PAUL W MCELRATH JR ESQ | 3,500.00 | 2,821.45 | 0.00 | 0.00 |
| Acct: | | | | |
| PAUL W MCELRATH JR ESQ | 750.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| INTERNAL REVENUE SERVICE* | 2,942.23 | 0.00 | 0.00 | 0.00 |
| Acct: 2805 | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC* | 601.72 | 0.00 | 0.00 | 0.00 |
| Acct: 0999 | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC* | 581.67 | 0.00 | 0.00 | 0.00 |
| Acct: 8993 | | | | |
| CAPITAL ONE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3822 | | | | |
| CAPITAL ONE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0668 | | | | |
| CAPITAL ONE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6372 | | | | |
| CAPITAL ONE BANK NA** | 526.99 | 0.00 | 0.00 | 0.00 |
| Acct: 4964 | | | | |
| CAPITAL ONE BANK NA** | 530.52 | 0.00 | 0.00 | 0.00 |
| Acct: 2772 | | | | |
| CAPITAL ONE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2156 | | | | |
| LVNV FUNDING LLC | 880.75 | 0.00 | 0.00 | 0.00 |
| Acct: 5104 | | | | |
| ECMC(*) | 56,663.93 | 0.00 | 0.00 | 0.00 |
| Acct: 2805 | | | | |
| PREMIER BANKCARD LLC | 280.38 | 0.00 | 0.00 | 0.00 |
| Acct: 4326 | | | | |
| FORD MOTOR CREDIT CO(*) | 524.67 | 0.00 | 0.00 | 0.00 |
| Acct: 0401 | | | | |
| GECRB | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4399 | | | | |
| GEORGIA STUDENT FINANCE AUTHORITY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0007 | | | | |
| GEORGIA STUDENT FINANCE AUTHORITY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9907 | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3319 | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6385 | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MERRICK BANK | 673.25 | 0.00 | 0.00 | 0.00 |
| Acct: 5527 | | | | |
| NCO FINANCIAL SYSTEMS INC(*)++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6016 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| QUANTUM3 GROUP LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| DELL FINANCIAL SERVICES LLC | 4,148.86 | 0.00 | 0.00 | 0.00 |
| Acct: 7163 | | | | |
| INTERNAL REVENUE SERVICE* | 689.70 | 0.00 | 0.00 | 0.00 |
| Acct: 2805 | | | | |
| BYRIDER FINANCE D/B/A CNAC | 3,943.42 | 0.00 | 0.00 | 0.00 |
| Acct: 1945 | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 16-10665 TPA | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | | Page 3 of 3 |
| Creditor Type   Creditor Name | | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | | |
| SYNCHRONY BANK++ | | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXPRAE | | | | | |
| CITIMORTGAGE(*) | | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | | |
| STEPHEN H HUTZELMAN ESQ | | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | | |
| RENT A CENTER | | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | | |

\* \* \* N O N E \* \* \*

| | |
|---|---|
| TOTAL PAID TO CREDITORS | 12,205.67 |

TOTAL CLAIMED
PRIORITY           2,942.23
SECURED           23,804.80
UNSECURED         70.045.86

Date: 06/20/2018

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com